# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>LI PEI TAN,<br>a/k/a "Peter Tan," a/k/a "Lipei Tan," a/k/a "Pei Tan,"<br>a/k/a "Benny Tan," a/k/a "Benny," a/k/a "Ben Li,"<br>a/k/a "Ben," a/k/a "B," a/k/a "Peter," a/k/a "P,"<br><br>*Defendant(s)* | Case No. 1:24-MJ-180<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2019 to the present__ in the city/county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | (Conspiracy to Launder Monetary Instruments) |
| 18 U.S.C. § 1956(a)(1)(B)(i) | (Concealment Money Laundering) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

__Edgardo J. Rodriguez, AUSA__
*Printed name and title*

*Peter W. Maher*
*Complainant's signature*

__Peter W. Maher, DEA Special Agent__
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: 05/08/2024

*William E. Fitzpatrick*
*Judge's signature*

City and state: Alexandria, Virginia

The Hon. William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*