**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**

**Exhibit A**

FILED IN OPEN COURT

DATE: 5/30/2024 @ 10:30 AM

TAPE: FTR

TIME IN COURT: MIN 40

MAGISTRATE JUDGE: RUSSELL G. VINEYARD

COURTROOM DEPUTY CLERK: A. ZARKOWSKY

CASE NUMBER: 1:24MJ462-RGV

DEFENDANT'S NAME: Li Pei Tan

AUSA: Mike Herskowitz

DEFENDANT'S ATTY: Joe Habachy

USPO / PTR: _____

(✓) Retained  ( ) CJA  ( ) FDP  ( ) Waived

____ ARREST DATE _____

____ Initial appearance hearing held.          ____ Defendant informed of rights.

✓ Interpreter sworn: Timothy Cho

**COUNSEL**

____ ORDER appointing Federal Defender as counsel for defendant.   ____ TODAY ONLY

____ ORDER appointing _____ as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

____ Defendant WAIVES identity hearing.          ____ WAIVER FILED

____ Identity hearing HELD.   ____ Def is named def. in indictment/complaint; held for removal to other district.

____ Defendant WAIVES preliminary hearing in this district only.   ____ WAIVER FILED

____ Preliminary hearing HELD.   ____ Probable cause found; def. held to District Court for removal to other district

____ Commitment issued. Detention hearing to be held in charging district

### BOND/PRETRIAL DETENTION HEARING

Due Process Protection Act Warning Given to Government's Counsel. Order on page 2

____ Government oral motion for detention filed . _____ @ _____ (In charging district.)

____ Pretrial hearing set for _____ @ _____

✓ Bond/Pretrial detention hearing HELD

✓ Government motion for detention   GRANTED  (✓) DENIED / Oral mot Stay granted.

____ Pretrial detention ordered.   ____ Written order to follow.

✓ BOND set at $250,000.00   ____ NON-SURETY   ✓ SURETY

____ cash   ✓ property   ____ corporate surety ONLY

____ SPECIAL CONDITIONS: _____

____ Defendant released.

**Exhibit A**

X  Bond not executed. Defendant to remain in Marshal's custody.

____  Motion (____ verbal) to reduce/revoke bond filed.

____  Motion to reduce/revoke bond    ____ GRANTED    ____ DENIED

**WITNESSES:**

_____
_____
_____
_____
_____
_____
_____

**EXHIBITS:**

Gov't
1- Secretary of State Registration
2- Secretary of State Registration
3- "
4- "
5- "
6- photo

7- photo

Defendant's financial - under seal

Original Exhibits   ✓ RETAINED by the Court    ____ RETURNED to counsel

**NOTES:**